IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
CADLE CO.                                    :          3:04 CV 1225 (JBA)
:
v.                                           :
:
CRISTINA OGALIN ET AL.                       :          NOVEMBER 4, 2016
---------------------------------------------------------x

<u>RULING FOLLOWING IN CAMERA REVIEW</u>

Familiarity is presumed with this Magistrate Judge's Electronic Endorsement Order, filed September 22, 2016 (Dkt. #329); in accordance with this order, on October 26, 2016, defense counsel forwarded to this Magistrate Judge a four page letter, to which thirty-four pages of copies of documents were attached.

As set forth in this letter, defense counsel does not have responsive documents to four categories of documents. As to the three categories of documents for which the copies were attached, most of them regard matters of public record (such as filings in this lawsuit or matters recorded on the land records), or are copies of documents already in the possession of plaintiff's counsel. The remaining copies pertain to billing matters between defense counsel and his clients, and appear to be typical documents in that situation and the amounts are clearly within a range that does not draw the slightest suspicion of any impropriety.

Accordingly, after a careful <u>in camera</u> review, the Magistrate Judge agrees that none of the documents need to be disclosed to plaintiff's counsel.

Because this ruling is subject to review, <u>see</u> 28 U.S.C. § 636(b)**(written objections to ruling must be filed within fourteen calendar days after service of same);** FED. R. CIV. P. 6(a) & 72; Rule 72.2 of the Local Rules for United States Magistrate Judges, United

States District Court for the District of Connecticut; <u>Small v. Secretary, H&HS</u>, 892 F.2d. 15, 16 (2d Cir. 1989)(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit), these documents will remain in this Magistrate Judge's Chambers, and will be forwarded to Judge Arterton's Chambers only if an objection is filed.

This is not a Recommended Ruling, but a ruling on a non-dispositive motion, the standard of review of which is specified in 28 U.S.C. § 636; F<small>ED</small>. R. C<small>IV</small>. P. 6(a) & 72; and Rule 72.2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

Dated at New Haven, Connecticut, this 4th day of November, 2016.


/s/ Joan G. Margolis, USMJ
Joan Glazer Margolis
United States Magistrate Judge